UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHRIS DITTENHAFER,

    Plaintiff,

    v.

CITIGROUP,

    Defendant.
_____/

No. C 10-1779 PJH

**ORDER**

    Pro se plaintiff Chris Dittenhafer has filed a motion seeking leave to register as an e-filer. It is the practice of the undersigned to permit a pro se plaintiff to participate in the ECF program only if the plaintiff files a declaration stating that he or she has read General Order No. 45 and the Northern District of California's instructions regarding ECF registration and use found on the court's website at http://ecf.cand.uscourts.gov; that he/she understands the requirements of the ECF program, and that he/she agrees to comply with all the rules and orders of the court, subject to termination of his/her participation for failing to comply with said rules and orders.

    In order to seek approval to register as an e-filer, plaintiff must file a declaration that comports with the above requirements.

**IT IS SO ORDERED.**

Dated: July 12, 2010

_____
PHYLLIS J. HAMILTON
United States District Judge